■ HAROLD F. MILLER, Appellant, v MARRA BROS. MOTOR

Co., INC., Defendant, and CHARLES CORSON, Respondent.—
Judgment unanimously modified on the law and as modified
affirmed without costs and matter remitted to Supreme Court
for further proceedings in accordance with the following Mem-
orandum: Supreme Court erred in denying plaintiff's request
for treble damages and attorney fees pursuant to the Motor
Vehicle Information and Cost Savings Act (15 USC § 1989 [a]).
At a precharge conference Supreme Court denied plaintiff's
request for a separate jury question on his cause of action
against defendant Corson for violation of 15 USC § 1981 *et
seq.*, and stated that a jury verdict against defendant on
plaintiff's cause of action for fraud and deceit would constitute
a finding of a violation of the Federal Act. Neither party
objected to the procedure adopted by the court and, therefore,
it is the law of the case. The jury returned a verdict of
$5,281.18 against defendant on plaintiff's cause of action for
fraud and deceit and plaintiff applied to the court for treble
damages and reasonable attorney fees. Section 1989 (a) (1) and
(2) of title 15 of the United States Code provides that any
person who violates the Act shall be liable for "three times
the amount of actual damages sustained or $1,500, whichever
is the greater" and that the successful party shall be entitled
to "the costs of the action together with reasonable attorney
fees". Plaintiff is therefore entitled to treble the jury's damage
award on that cause of action *(see, Duval v Midwest Auto City,*
578 F2d 721, 726; *Evans v Paradise Motors,* 721 F Supp 250,
251), and reasonable attorney fees, which are established in
plaintiff's application to be $10,202.50 *(see, e.g., Saber v Dileo,*
723 F Supp 1167; *Lindsey v Anderson & Sons Auto Sales,* 690
F Supp 1028; *Oettinger v Lakeview Motors,* 675 F Supp 1488).
Plaintiff is also entitled to additional attorney fees arising
from this appeal *(see, Haluschak v Dodge City,* 909 F2d 254,
258). We therefore remit the matter to Supreme Court to
determine the reasonable attorney fees associated with this
appeal and to recompute the judgment against defendant to
include treble damages and attorney fees. (Appeal from Judg-
ment of Supreme Court, Cattaraugus County, Horey, J.—Tre-
ble Damages.) Present—Denman, P. J., Pine, Balio, Lawton
and Doerr, JJ.